IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:11-CR-00270-02-BRW

BRENDA HOLMES

## ORDER

Pending before this Court is the Defendant's Pro Se Motion for Early Termination of Supervised Release (Document No. 64). After a review of the Motion, and there being no objection from the Government, the Court finds that the motion should be GRANTED.

IT IS SO ORDERED this 9th day of September, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE