# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. 4:11-CR-00270-02-BRW | |
| BRENDA HOLMES | DEFENDANT |

## ORDER

Pending is a *pro se* Motion for Early Termination of Probation (Doc. No. 64) filed by Defendant Brenda Holmes. The Prosecution has responded.[1]

Ms. Holmes pled guilty to a one-count Indictment charging her and her husband with health care fraud in violation of Title 18 U.S.C. §§ 1347 and 2. On August 10, 2012, she was sentenced to two years probation, restitution in the amount of $7,122.92, and a $100 special penalty assessment.

Ms. Holmes' supervising officer has advised that she: has not violated any conditions of her probation in the last year; completed residential substance abuse treatment followed by five months of chemical-free living; has not had any positive drug tests sine her probation term began; is very involved in AA/NA; and has maintained a stable residence since leaving chemical-free living.[2] Based on the officer's report, the Prosecution does not oppose her Motion.

For good cause shown, the Motion is GRANTED, and Ms. Holmes is released from further supervision.

IT IS SO ORDERED this 10th day of September, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 65.

[2] *Id.*